UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KELSEY WAGGONER, INDIVIDUALLY
AND AS NEXT FRIEND AND GUARDIAN
OF BABY S.C.

                     )     CIVIL ACTION NO. 1:20-op-45276
                     )     MDL NO. 1:17-md-02804

     Plaintiff,           )
                     )

     -vs-               )     O R D E R
                     )

MCKESSON CORPORATION; CARDINAL )
HEALTH, INC.;             )
AMERISCOURCEBERGEN       )
CORPORATION, ET AL       )
                     )

     Defendant,         )
                     )
                     )

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

    IT IS ORDERED.

    Date: August 19, 2025

                                      *s/Dan Aaron Polster*
                                      Dan Aaron Polster
                                      United States District Judge